CLOSED, CLOSED_2005, MWP, STAYED

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CIVIL DOCKET FOR CASE #: 6:05-cv-06172-MAT
### Internal Use Only

The County of Yates v. Abbott Laboratories, Inc. et al
Assigned to: Hon. Michael A. Telesca
Cause: 28:1331 Fed. Question

Date Filed: 04/14/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**The County of Yates**                    represented by **Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
Deputy Clerk

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Purepac Pharmaceutical Co.

**Defendant**

Amgen, Inc.

**Defendant**

Immunex Corporation

**Defendant**

Andrx Corporation

**Defendant**

AstraZenenca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals, Inc.

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Bayer Corporation

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

Bristol-Meyers Squibb Company

**Defendant**

Oncology Therapeutics Network Cor.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

**Boehringer Ingelheim Pharmaceuticals, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Dey Inc.**

**Defendant**

**Eisai Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Ethex Corporation**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corporation**

**Defendant**

**GlaxoSmithKline P.L.C.**

**Defendant**

**Smithkline Beecham Corporation**
*doing business as*

Glaxosmithkline

**Defendant**
Hoffman-La Roche, Inc.

**Defendant**
Roche Laboratories, Inc.

**Defendant**
Ivax Corporation

**Defendant**
Ivax Pharmaceuticals Inc.

**Defendant**
Johnson & Johnson

**Defendant**
McNeil-PPC, Inc.

**Defendant**
Ortho Biotech Products, LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
King Pharmaceuticals, Inc.

**Defendant**
Monarch Pharmaceuticals, Inc.

**Defendant**
MedImmune, Inc.

**Defendant**
Merck & Co., Inc.

**Defendant**
Mylan Laboratories, Inc.

**Defendant**
Mylan Pharmaceuticals, Inc.

**Defendant**

UDL Laboratories, Inc.

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corporation**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Greenstone, LTD**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Reliant Pharmaceuticals, LLC**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Schering Corporation**

**Defendant**

**Warrick Pharmaceuticals Corporation**

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

**Defendant**

**Boehringer Ingelheim Corporation**

**Defendant**

**Janssen Pharmaceutica Products, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number 65720.), filed by The County of Yates. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(TO, ) (Entered: 04/14/2005) |
| 04/13/2005 |  | Summons Issued as to all defendants (Entered: 04/14/2005) |
| 04/13/2005 |  | ***Standby Magistrate Judge, ***Set/Clear Flags (TO, ) (Entered: 04/14/2005) |
| 04/13/2005 |  | ***Party Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., and Dey Inc., and Eisai Inc., and Eli Lilly and Company, |

| | | | |
|---|---|---|---|
| | | | and Endo Pharmaceuticals, Inc., and Ethex Corporation, and Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., and Fujisawa Healthcare, Inc., and Fujisawa USA, Inc., and Genentech, Inc., and Genzyme Corporation, and GlaxoSmithKline P.L.C., and Smithkline Beecham Corporation, and Hoffman-La Roche, Inc., and Roche Laboratories, Inc., and Ivax Corporation, and Ivax Pharmaceuticals Inc., and Johnson & Johnson, and McNeil-PPC, Inc., and Ortho Biotech Products, LP, and Ortho-McNeil Pharmaceutical, Inc., and King Pharmaceuticals, Inc., and Monarch Pharmaceuticals, Inc., and MedImmune, Inc., and Merck & Co., Inc., and Mylan Laboratories, Inc., and Mylan Pharmaceuticals, Inc., and UDL Laboratories, Inc., and Novo Nordisk Pharmaceuticals, Inc., and Novartis Pharmaceuticals Corporation, and Sandoz, Inc., and Organon Pharmaceuticals USA, Inc., and Par Pharmaceutical, Inc., and Agouron Pharmaceuticals, Inc., and Par Pharmaceutical, Inc., and Agouron Pharmaceuticals, Inc., and Greenstone, LTD, and Pfizer, Inc., and Pharmacia Corporation, and Purdue Pharma, L.P., and Reliant Pharmaceuticals, LLC, and Sanofi-Synthelabo, Inc., and Schering-Plough Corp., and Schering Corporation, and Warrick Pharmaceuticals Corporation, and Takeda Pharmaceuticals North America, Inc., and Tap Pharmaceutical Products, Inc., and Teva Pharmaceutical USA, Inc., and UCB Pharma, Inc., and Watson Pharma, Inc., and Watson Pharmaceuticals, Inc., and Wyeth added. (TO, ) (Entered: 04/22/2005) |
| 05/11/2005 | | 2 | ORDER REASSIGNING CASE. Case reassigned to Judge Michael A. Telesca for all further proceedings. Judge Charles J. Siragusa no longer assigned to case. Signed by Hon. Richard J. Arcara on 05/11/2005. (Baker, J.) (Entered: 05/11/2005) |
| 05/31/2005 | | 3 | ORDER STAYING CASE pending the resolution of the transfer issue by the panel on multidistrict litigation. Signed by Hon. Michael A. Telesca on 5/31/05. (TO, ) (Entered: 06/02/2005) |
| 06/10/2005 | | 4 | ORDER MDL ORDER transferring the action to the Panel at the US District Court for the District of Massachusetts. Signed by Clerk of the Panel on 5/31/05.(TO, ) (Entered: 07/22/2005) |
| 07/22/2005 | | | ***Set/Clear Flags, ***Civil Case Terminated. (TO, ) (Entered: 07/22/2005) |



```
                                          JUDICIAL PANEL ON
                                          MULTIDISTRICT LITIGATION

                                               FILED
                                             MAY 12 2005

                                               FILED
                                          CLERK'S OFFICE
```

DOCKET NO. 1456

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-21)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAY 31 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>ATTEST: A TRUE COPY  Michael J. Beck<br>U.S. DISTRICT COURT, Clerk of the Panel<br>RODNEY C. EARLY, CLERK<br><br>By: _____<br>Deputy Clerk<br>Original Filed 6/10/05 |

**SCHEDULE CTO-21 - TAG-ALONG ACTIONS**
**DOCKET NO. 1456**
**IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 1 05-408 | The County of Washington v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-422 | County of Rensselaer v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-425 | County of Albany v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-468 | County of Warren v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-474 | County of Greene v. Abbott Laboratories, Inc., et al. |
| NYN 1 05-478 | County of Saratoga v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-354 | County of Chenango v. Abbott Laboratories, Inc., et al. |
| NYN 3 05-456 | The County of Broome v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-397 | County of Tompkins v. Abbott Laboratories, Inc., et al. |
| NYN 5 05-423 | County of Cayuga v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-415 | County of Herkimer, New York v. Abbott Laboratories, Inc., et al. |
| NYN 6 05-489 | County of Oneida v. Abbott Laboratories, Inc., et al. |
| NYN 7 05-479 | County of Saint Lawrence v. Abbott Laboratories, Inc., et al. |
| **NEW YORK WESTERN** | |
| NYW 1 05-214 | County of Chautauqua v. Abbott of Laboratories, Inc., et al. |
| NYW 1 05-236 | County of Allegany v. Abbott Laboratories, Inc., et al. |
| NYW 1 05-256 | County of Cattaraugus v. Abbott Laboratories, Inc., et al. |
| ~~NYW 1 05-259~~ | ~~County of Erie v. Abbott Laboratories, Inc., et al.~~ Opposed 5/24/05 |
| NYW 6 05-6138 | County of Wayne v. Abbott Laboratories, et al. |
| NYW 6 05-6148 | County of Monroe v. Abbott Laboratories, Inc., et al. |
| NYW 6 05-6172 | County of Yates v. Abbott Laboratories, Inc., et al. |